**IN THE UNITED STATES DISTRICT COURT**
**OF THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **AMY HILL, as PERSONAL REPRESENTATIVE OF THE ESTATE OF KIMBERLY MARIE GARCIA, deceased** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.  1:24-cv-00080-TFM-C** |
| **vs.** | ) | |
| **GULF COAST BUILDING PRODUCTS, INC.; ANTON HERBST,** | ) ) | |
| **Defendants.** | ) | |

**<u>DEFENDANTS' MOTION TO STRIKE PRE-JUDGMENT INTEREST</u>**

COME NOW the Defendants, GULF COAST BUILDING PRODUCTS, INC., and ANTON HERBST, and hereby move this Honorable Court for an Order striking the Plaintiff's demand for pre-judgment interest.

1.      The Plaintiff filed a Complaint on March 14, 2024, for personal injuries and wrongful death which contains a general demand for "interest" in Plaintiff's prayer for relief. (Doc. 1), unnumbered paragraph following Paragraph (19) of Plaintiff's Complaint.

2.      Under Alabama law, pre-judgment interest is not recoverable on unliquidated damages for personal injuries.  *State Farm Mut. Ins. Co. v. Fox*, 541 So. 2d 1070, 1072 (Ala. 1989) (citing *Grand Bay Land Co. v. Simpson*, 92 So. 789 (Ala. 1922); *Richards v. General Motors Corp.*, 461 So. 2d 825 (Ala. Civ. App. 1984); *Roe v. Baggett Transp. Co.*, 326 F.2d 298 (5th Cir. 1963)).  Accordingly, the Plaintiff is not entitled to <u>pre-judgment interest</u> on the claims described in the Complaint, and the Defendants move to strike the demand for interest to the extent that it seeks pre-judgment interest.

WHEREFORE, premises considered, Defendants, move this Honorable Court for an Order striking the Plaintiff's demand for interest <u>to the extent that it seeks pre-judgment interest</u> as set forth in Plaintiff's Complaint.

*/s/ Jeremy P. Taylor*
JEREMY P. TAYLOR  (TAY057)
*Attorney for Defendants*
*Gulf Coast Building Products, Inc. and*
*Anton Herbst*

OF COUNSEL:
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
Telephone:    (251) 626-9340
Facsimile:    (251) 626-8928
jptaylor@carrallison.com
pbobolis@carrallison.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 10th day of April 2024, electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to all counsel of record or, alternatively, placed the same in the United States mail, properly addressed with first-class postage affixed thereto:

Robert L. Mitchell, Esq.
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama  36660
RLM@cunninghambounds.com

*/s/ Jeremy P. Taylor*
OF COUNSEL
