IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY HILL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KIMBERLY MARIE GARCIA, DECEASED,<br><br>    PLAINTIFF,<br><br>v.<br><br>GULF COAST BUILDING PRODUCTS, INC.; ANTON HERBST,<br><br>    DEFENDANTS. | CIVIL ACTION NO.<br><br>1:24-cv-00080-TFM-C |
| JOHN GARCIA, AS NEXT FRIEND AND FATHER OF C.M.G., A MINOR,<br><br>    PLAINTIFF,<br><br>v.<br><br>GULF COAST BUILDING PRODUCTS, INC.; ANTON HERBST,<br><br>    DEFENDANTS. | CIVIL ACTION NO.<br><br>1:24-cv-00395-JB-N |

**NOTICE OF SERVICE**

COMES NOW the Plaintiff John Garcia, as Next Friend and Father of C.M.G., a minor, by and through undersigned counsel, and hereby gives notice of the following:

1. Plaintiff's Initial Disclosures pursuant to Rule 26 of the *Federal Rules of Civil Procedure*.

Undersigned counsel delivered Plaintiff's Initial Disclosures via electronic

delivery to all parties.

  RESPECTFULLY SUBMITTED on November 27, 2024.

          **WARREN & SIMPSON, PC**

          /s/*Derek W. Simpson*
          Derek W. Simpson
          Warren & Simpson, PC
          105 North Side Square
          Huntsville AL 35801
          (256) 539-7575
          (256) 539-9335 FAX
          derek@warrenandsimpson.com
          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert L. Mitchell, Esq.
Cunningham Bounds, LLC
PO Box 66705
Mobile Al 36660
(251) 471-6191
(251) 479-1031
RLM@cunninghambounds.com
Attorneys for Amy Hill

Jeremy P. Taylor
Carr Allison
6251 Monroe ST STE 200
Daphne AL 36526
(251) 626-9340
(251) 626-8928 FAX
jptaylor@carrallison.com
Attorneys for Defendant Anton Herbst and
 Defendant Gulf Coast Building Products, Inc.

                                **WARREN & SIMPSON, PC**

                                /s/*Derek W. Simpson*
                                Derek W. Simpson